IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY M. DURANT, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:17-CV-0080 |
| | § | |
| | § | |
| XIE HE SHENG, LLC, d/b/a 888 | § | |
| CHINESE RESTAURANT, | § | |
|    Defendant. | | |

**FINAL JUDGMENT**

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Plaintiff's Motion for Entry of Judgment (the "Motion") [Doc. # 47] is **GRANTED** with respect to Plaintiff Mary Durant's request for entry of judgment in her favor regarding an award of backpay, punitive damages, attorneys' fees, post-judgment interest and prejudgment interest on backpay. It is therefore

**ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded: (i) $12,380 in backpay; (ii) $37,500 in punitive damages; (iii) $41,400 in attorneys' fees; (iv) post-judgment interest at a rate of 2.06% per annum; and (v) $308.83 in pre-judgment interest on her backpay award. It is further

**ORDERED** that taxable costs are assessed against Defendant Xie He Sheng, LLC.  Plaintiff shall file, in accordance with applicable rules, a bill of costs and corresponding affidavit with the Clerk of the Court.  It is further

**ORDERED** that in all other respects, the Motion is **DENIED**.

This is a final, appealable order.

SIGNED at Houston, Texas, this 30th   day of **March, 2018.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE